| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778 | |
| ☑ *Attorney for* Sandra K. McBeth, Ch. 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>NORTHERN</u>          DIVISION**

| In re:<br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor(s).<br><br>SANDRA K. MCBETH, Chapter 7 Trustee,<br><br>Plaintiff(s),<br>vs.<br>GURPREET SAHANI, ET AL.,<br><br>Defendant. | CASE NO.: 9:17-bk-11363-DS<br><br>CHAPTER  7<br><br>ADVERSARY NO.:  9:18-ap-01040-DS<br><br>**REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM**<br><br>**[NOTE: A COMPLETED ORDER ASSIGNING MATTER TO MEDIATION AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR MUST BE CONCURRENTLY UPLOADED THROUGH LODGED ORDER UPLOAD (LOU) WITH THIS REQUEST]**<br><br>[NO HEARING REQUIRED] |

I hereby request that the following matter be assigned to the Bankruptcy Mediation Program of this district:

<u>Description of the Matter:</u>

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☑ Preference

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011               Page 1               **F 701**

5. ☑ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds: _____

8. ☑ Other. Please specify: Misappropriation of trade secrets; civil liability under Cal. Penal Code Section 496; breach of fiduciary duty; declaratory relief; quiet title; and unjust enrichment

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☑ If more than $10,000,000,
   state amount: $ 13,000,000.00 demand
10. ☐ Money not at issue.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2011*                                       Page 2                                       **F 701**

**SUBMITTED JOINTLY BY:**

| | |
|---|---|
| Date: | SANDRA K. MCBETH, Chapter 7 Trustee |
| | (Name of party) |
| | N/A |
| | (Signature of party) |
| Date: 6/24/2025 | Bradford N. Barnhardt |
| | (Name of party's counsel) |
| | /s/ Bradford N. Barnhardt |
| | (Signature of party's counsel) |
| Date: | **Defendants |
| | (Name of party) |
| | N/A |
| | (Signature of party) |
| Date: 7/2/2025 | Stephen E. Hyam / Lewis R. Landau |
| | (Name of party's counsel) |
| | /s/ Stephen E. Hyam |
| | (Signature of party's counsel) |

**Instructions from the court:** A completed ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR must be concurrently uploaded through Lodged Order Upload (LOU) with this Request for Assignment to Mediation Program.

cc:    Hon. Barry Russell
       Mediation Program Administrator
       United States Bankruptcy Court
       255 East Temple Street, Suite 1660
       Los Angeles, CA  90012

**Defendants GURPREET SAHANI, GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2011    Page 3    F 701

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document described as **REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

[x] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On July 2, 2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Leonard L. Gumport, Gumport Law Firm, PC, 201 S. Lake Ave, Ste. 505, Pasadena, CA 91101

Alternate Mediator:
Honorable Barry Russell, Mediation Program Administrator, 255 E. Temple, Room 1660, Los Angeles, CA 90012

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2025, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPIES: JUDGE SALTZMAN DOES NOT FOLLOW THE JUDGE'S COPY REQUIREMENTS OF AMENDED GENERAL ORDER 20-12. UNTIL FURTHER NOTICE, NO JUDGE'S COPY OF ANY DOCUMENT IS REQUIRED UNLESS A COPY IS REQUESTED BY CHAMBERS.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 2, 2025        Signature: /s/ Chanel Mendoza

Printed Name: Chanel Mendoza

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

May 2011    Page 4    F 701

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

   - **INTERESTED PARTY COURTESY NEF: Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
   - **INTERESTED PARTY COURTESY NEF: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
   - **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP: Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY GRANT SHENON, APLC fka ALPERT, BARR & GRANT: Adam D Grant**    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
   - **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN SAHANI: Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
   - **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN SAHANI: Lewis R Landau**    Lew@Landaunet.com
   - **TRUSTEE SANDRA MCBETH (TR): Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
   - **INTERESTED PARTY COURTESY NEF: Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
   - **INTERESTED PARTY COURTESY NEF: Najah J Shariff**    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
   - **U.S. TRUSTEE: United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF: Timothy J Yoo**    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**