United States Bankruptcy Court
Central District of California

McBeth (TR),
    Plaintiff

Adv. Proc. No. 18-01040-DS

Sahani,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2025 | Form ID: pdf031 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Amarjit Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Gurpreet Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| dft | | Gurpreet Sahani as Trustee of The Green Acres Trus, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| wit | + | Jeffer Mangels Butler & Mitchell LLP, Attn: Neil Erickson, 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4301 |
| md | + | Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |
| dft | | Rajinder Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Shaheen Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D Grant | |
| | on behalf of Interested Party Courtesy NEF agrant@grantshenon.com aeichelberger@alpertbarr.com |
| Bradford Barnhardt | |
| | on behalf of Plaintiff Sandra McBeth (TR) bbarnhardt@marshackhays.com |

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 08, 2025 | Form ID: pdf031 | Total Noticed: 7 |

bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Chad V Haes
on behalf of Plaintiff Sandra McBeth (TR) chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com

Jacquelyn H Choi
on behalf of Interested Party Courtesy NEF jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jeremy Faith
on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Kurt Ramlo
on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Lewis R Landau
on behalf of Defendant Shaheen Sahani Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Amarjit Sahani Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Gurpreet Sahani Lew@Landaunet.com

Lewis R Landau
on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Rajinder Sahani Lew@Landaunet.com

Najah J Shariff
on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Sandra McBeth (TR)
jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

Stephen E Hyam
on behalf of Defendant Amarjit Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Shaheen Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Gurpreet Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Rajinder Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Thomas M Geher
on behalf of Witness Jeffer Mangels Butler & Mitchell LLP tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Timothy J Yoo
on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

TOTAL: 22

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>*Attorney for Sandra K. McBeth, Chapter 7 Trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 08 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor(s). | CASE NO.: 9:17-bk-11363-DS<br>CHAPTER: 7<br>ADVERSARY NO.: 9:18-ap-01040-DS |
|---|---|
| SANDRA K. MCBETH, Chapter 7 Trustee,<br><br>Plaintiff(s),<br><br>vs.<br><br>GURPREET SAHANI, ET AL.,<br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This <u>adversary proceeding</u>
(Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

<u>Mediator:</u>

Leonard L. Gumport, Esq.
Name

Gumport Law Firm, PC
Firm name

201 South Lake Avenue, Suite 505

<u>Alternate mediator:</u>

_____
Name

_____
Firm name

_____

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                    Page 1                                    **F 702**

Address

Pasadena, CA 91101
City, state, zip code

(626) 966-5453
Telephone

_____
Facsimile

lgumport@gumportlaw.net
Email address

Address

_____
City, state, zip code

_____
Telephone

_____
Facsimile

_____
Email address

The attorneys for the parties are:

Attorney for Plaintiff, Sandra K. McBeth, Ch. 7 Trustee:

Chad V. Haes, Esq., and Bradford N. Barnhardt, Esq.
Name

Marshack Hays Wood LLP
Firm name

870 Roosevelt
Address

Irvine, CA 92620
City, state, zip code

(949) 333-7777
Telephone

(949) 333-7778
Facsimile

chaes@marshackhays.com
Email address

Attorney for Defendants, Gurpreet Sahani, et al.:

Stephen E. Hyam, Esq.
Name

Hyam Law, APC
Firm name

16925 Devonshire St., #190
Address

Granada Hills, CA 91344
City, state, zip code

818-475-0074
Telephone

_____
Facsimile

stephen@stephenhyam.net
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                          Page 2                                          **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   - ☐ Objection to plan confirmation
   - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☒ Preference
5. ☒ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds:_____

8. ☒ Other. Please specify: *Misappropriation of trade secrets; civil liability under Cal. Penal Code Section* 496; breach of fiduciary duty; declaratory relief; quiet title; and unjust enrichment

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☒ If more than $10,000,000, state amount: $ 13,000,000.00 demand
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                              Page 3                                                **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell): _____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: July 8, 2025

                                            Deborah J. Saltzman
                                            United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                           Page 4                                         **F 702**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

<u>**See attachment.</u>
Printed name of party

_____
Signature of party

Date:_____

_____
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

_____
(Name of party)

_____
(Signature of party)

Date:_____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*        Page 5        **F 702**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

Sandra K. McBeth, Chapter 7 Trustee
Printed name of party

N/A
Signature of party

Date:____6/24/2025____

Bradford N. Barnhardt
Printed name of party's attorney

/s/ Bradford N. Barnhardt
(Signature of party's counsel)

Date:_____

**Defendants
(Name of party)

N/A
(Signature of party)

Date:____7/2/2025____

Stephen E. Hyam / Lewis R. Landau
(Name of party's counsel)

*[signature: Stephen E. Hyam]*
(Signature of party's counsel)

**Defendants GURPREET SAHANI, GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                              Page 5                                              F 702