CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
SANDRA K. McBETH

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California Corporation,<br><br>Debtor.<br><br>SANDRA K. McBETH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>GURPREET SAHANI; GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI,<br><br>Defendants. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>Adv. No. 9:18-ap-01040-DS<br><br>STIPULATION TO CONTINUE HEARING AND STATUS CONFERENCE AND FOR LODGMENT OF SCHEDULING ORDER<br><br>*Current* Hearing and Status Conference<br>Date:     August 12, 2025<br>Time:    1:00 p.m.<br>Ctrm:    201<br><br>*Proposed* Hearing and Status Conference<br>Date:     October 14, 2025<br>Time:    1:00 p.m.<br>Ctrm:    201<br>Location: 1415 State Street<br>              Santa Barbara, CA 93101 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION TO CONTINUE AND FOR LODGMENT OF SCHEDULING ORDER
4905-5234-2612,v.1/1697-001.6

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEFENDANTS, AND ALL INTERESTED PARTIES:

This Stipulation is entered into by and between Plaintiff, SANDRA K. MCBETH, in her capacity as Chapter 7 Trustee ("Plaintiff") for the Bankruptcy Estate of Rajysan, Inc., dba MMD Equipment, a California Corporation, on one hand, and Defendants, Gurpreet Sahani as Trustee of the Green Acres Trust dated May 10, 2017, Gurpreet Sahani, Rajinder Sahani, Amarjit Sahani, and Shaheen Sahani ("Defendants"), on the other hand. Plaintiff and Defendants are collectively referred to as the "Parties."

## Recitals

A. On July 29, 2017, Rajysan, Inc., dba MMD Equipment, a California Corporation filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

B. On August 31, 2017, the United States Trustee filed a Notice of Appointment and Appointment of Committee Members to serve on the Committee.

C. On February 27, 2018, the Court entered an order approving a stipulation whereby Debtor assigned certain claims against Defendants to the Committee.

D. On August 6, 2018, the Committee filed a complaint for: (1) Avoidance, Recovery, and Preservation of Preferential Transfers; (2) Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers; (4) Breach of Fiduciary Duty; (5) Conversion/ Misappropriation; (6) Civil Liability Under Penal Code § 496; (7) Unfair Business Practices (Business and Professions Code § 17200); (8) Misappropriation of Trade Secrets; (9) Declaratory Relief; (10) Quiet Title; and (11) Turnover against Defendants. The Complaint commenced Adversary Proceeding No. 9:18-ap-01040-DS.

E. On October 23, 2019, the Committee filed a third amended complaint ("TAC").

F. On May 13, 2020, Defendants' filed their answer to the TAC.

G. On February 14, 2022, as Bk. Dk. No. 666, the Court entered an Order Granting Chapter 11 Trustee's Motion for An Order Converting Chapter 11 Case to Chapter 7 ("Conversion Order").

H.    On February 18, 2022, as Bk. Dk. No. 668, Trustee filed a Notice of Appointment and Acceptance. Post-conversion, and upon her appointment, the Conversion Order specifically conferred upon Trustee "exclusive standing" to pursue, *inter alia*, the claims asserted in this adversary case.

I.    The Parties have agreed based on prior stipulations and communications that this adversary proceeding should remain on the same track as adversary case. nos. 9:18-ap-01049-DS and 9:18-ap-01052-DS (collectively, the "Adversaries"), filed by Plaintiff. The status conferences in the Adversaries are currently scheduled for August 12, 2025.

J.    On May 1, 2025, the Court held a hearing on the Trustee's Motion for Summary Judgment ("Hearing"). At the Hearing, the parties agreed that this matter should be assigned to mediation and the Hearing and Status Conference were continued to August 12, 2025, at 1:00 p.m. The Court also instructed the Trustee to lodge a proposed scheduling order.

K.    On May 2, 2025, Trustee's counsel circulated draft scheduling orders to counsel for all parties. Based on the availability of all parties for mediation, however, counsel agreed to hold the scheduling orders pending this stipulation to continue the status conference to allow adequate time for mediation.

L.    On July 2, 2025, as Dk. No. 532, the Parties filed a Request for Assignment to Mediation Program. On July 8, 2025, as Dk. No. 533, the Court granted the request and entered an Order Assigning Matter to Mediation Program.

M.    The mediation is scheduled for September 18 at 9:00 a.m., via Zoom.

N.    The Parties: (1) have agreed to continue the Hearing and Status Conference to mid-October in light of the upcoming mediation with mediator, Leonard L. Gumport; and (2) consent to the Trustee's lodgment of proposed scheduling order ("Scheduling Order") reflecting the following dates and deadlines:

- The Hearing and Status Conference shall be continued to October 14, 2025, at 1:00 p.m.;
- A pre-trial conference is set for February 11, 2026, at 1:00 p.m.;
- The deadline to file motions in limine is February 25, 2026;

- The hearings on motions in limine are set on March 18, 2026, at 1:00 p.m.; and
- The parties agree to comply with LBR 7016-1 with respect to the pre-trial and trial procedures.

The Parties agree and STIPULATE as follows:

1. The Hearing and Status Conference currently set for August 12, 2025, at 1:00 p.m., shall be continued to October 14, 2025, at 1:00 p.m., or any other date convenient with this Court;

2. No appearances are required at the Hearing and Status Conference on August 12, 2025, at 1:00 p.m.;

3. The Trustee shall lodge the Scheduling Order;

4. The Parties shall comply with all applicable federal and local rules; and

5. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: July 14, 2025                    MARSHACK HAYS WOOD LLP

                                        By: */s/ Chad V. Haes*
                                            CHAD V. HAES
                                            BRADFORD N. BARNHARDT
                                            Attorneys for Plaintiff and Chapter 7 Trustee,
                                            SANDRA K. McBETH

DATED: July 14, 2025                    HYAM LAW, APC

                                        By: _____
                                            STEPHEN E. HYAM
                                            Attorneys for Defendants,
                                            GURPREET SAHANI, GURPREET SAHANI
                                            AS TRUSTEE OF THE GREEN ACRES
                                            TRUST DATED MAY 10, 2017; RAJINDER
                                            SAHANI; AMARJIT SAHANI; SHAHEEN
                                            SAHANI

                                            - AND –

                                            LEWIS R. LANDAU
                                            Attorneys for Defendants,
                                            GURPREET SAHANI, GURPREET SAHANI
                                            AS TRUSTEE OF THE GREEN ACRES TRUST
                                            DATED MAY 10, 2017; RAJINDER SAHANI;
                                            AMARJIT SAHANI; SHAHEEN SAHANI

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION TO CONTINUE HEARING AND STATUS CONFERENCE AND FOR LODGMENT OF SCHEDULING ORDER** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 14, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 14, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

**JUDGE'S COPIES:** JUDGE SALTZMAN DOES NOT FOLLOW THE JUDGE'S COPY REQUIREMENTS OF AMENDED GENERAL ORDER 20-12. UNTIL FURTHER NOTICE, NO JUDGE'S COPY OF ANY DOCUMENT IS REQUIRED UNLESS A COPY IS REQUESTED BY CHAMBERS.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2025 | Chanel Mendoza | */s/ Chanel Mendoza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Bradford Barnhardt**
  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **INTERESTED PARTY COURTESY NEF: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP: Thomas M Geher**
  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY GRANT SHENON, APLC fka ALPERT, BARR & GRANT: Adam D Grant**    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN SAHANI: Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN SAHANI: Lewis R Landau**    Lew@Landaunet.com
- **TRUSTEE SANDRA MCBETH (TR): Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Najah J Shariff**    najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **U.S. TRUSTEE: United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Timothy J Yoo**    tjy@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**