| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff and Chapter 7 Trustee, SANDRA K. MCBETH | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 17 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>                                                                Debtor(s) | CASE NO.: 9:17-bk-11363-DS<br>CHAPTER: 7<br>ADVERSARY NO: 9:18-ap-01040-DS |
| SANDRA K. McBETH, Chapter 7 Trustee,<br><br>                                                                Plaintiff(s)<br>vs.<br><br>GURPREET SAHANI; GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI,<br><br>                                                                Defendant(s) | **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE:  May 1, 2025<br>TIME:  1:00 p.m.<br>COURTROOM:  201<br>ADDRESS:  1415 State Street, Santa Barbara, CA 93101 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
    a. ☒  Continued to the following date for a further status conference:   (*date*) October 14, 2025 (*time*) 1:00 p.m.
    b. ☒  A joint status report must be filed and served, including a judge's copy, by *(date)*: September 30, 2025
    c. ☐  The last day to join other parties and to amend pleadings is *(specify date)*: _____
    d. ☐  The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____
    e. ☐  The last date for pre-trial motions to be heard is (*date*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                              Page 1                                              **F 7016-1.2.ORDER.STATUS.CONF**

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* <u>February 11, 2026</u>    *(time)* <u>1:00 p.m.</u>
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____    *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:

- Hearing on Plaintiff's Motion for Summary Judgment and Status Conference continued to October 14, 2025, at 1:00 p.m.;
- Deadline to file motions in limine is February 25, 2026;
- The hearings on motions in limine are set on March 18, 2026, at 1:00 p.m.; and
- Parties must comply with LBR 7016-1 with respect to the pre-trial and trial procedures.

###

Date: July 17, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF