United States Bankruptcy Court

Central District of California

McBeth (TR),
    Plaintiff

Sahani,
    Defendant

Adv. Proc. No. 18-01040-DS

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 2
Date Rcvd: Jul 16, 2025      Form ID: pdf031      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Amarjit Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Gurpreet Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| dft | | Gurpreet Sahani as Trustee of The Green Acres Trus, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| wit | + | Jeffer Mangels Butler & Mitchell LLP, Attn: Neil Erickson, 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4301 |
| md | + | Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |
| dft | | Rajinder Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Shaheen Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D Grant | on behalf of Interested Party Courtesy NEF agrant@grantshenon.com aeichelberger@alpertbarr.com |
| Bradford Barnhardt | on behalf of Plaintiff Sandra McBeth (TR) bbarnhardt@marshackhays.com |

Case 9:18-ap-01040-DS   Doc 539   Filed 07/18/25   Entered 07/18/25 21:24:19   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0973-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: pdf031 | Total Noticed: 7 |

bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Chad V Haes
on behalf of Plaintiff Sandra McBeth (TR) chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com

Jacquelyn H Choi
on behalf of Interested Party Courtesy NEF jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jeremy Faith
on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Kurt Ramlo
on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Lewis R Landau
on behalf of Defendant Shaheen Sahani Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Amarjit Sahani Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Gurpreet Sahani Lew@Landaunet.com

Lewis R Landau
on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 Lew@Landaunet.com

Lewis R Landau
on behalf of Defendant Rajinder Sahani Lew@Landaunet.com

Najah J Shariff
on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Sandra McBeth (TR)
jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

Stephen E Hyam
on behalf of Defendant Amarjit Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Shaheen Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Gurpreet Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com

Stephen E Hyam
on behalf of Defendant Rajinder Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Thomas M Geher
on behalf of Witness Jeffer Mangels Butler & Mitchell LLP tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Timothy J Yoo
on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

TOTAL: 22

CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
SANDRA K. McBETH

**FILED & ENTERED**

**JUL 16 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California Corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>Adv. No. 9:18-ap-01040-DS |
| SANDRA K. McBETH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>GURPREET SAHANI; GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING AND STATUS CONFERENCE AND FOR LODGMENT OF SCHEDULING ORDER** |

The court having reviewed and considered the "Order Approving Stipulation to Continue Hearing and Status Conference and for Lodgment of Scheduling Order" (the "Stipulation"[1], Docket No. 535), and good cause appearing,

/ / /

---
[1] Capitalized terms not defined herein are used as defined in the Stipulation.

1

4904-5430-0500,v.1/1697-001.6

IT IS HEREBY ORDERED that the Stipulation is approved. The Hearing and status conference currently set for August 12, 2025, at 1:00 p.m., are continued to October 14, 2025, at 1:00 p.m., and the Trustee must lodge a scheduling order in conformity with the Stipulation.

###

Date: July 16, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

2

4904-5430-0500,v.1/1697-001.6