United States Bankruptcy Court
Central District of California

McBeth (TR),
    Plaintiff

Sahani,
    Defendant

Adv. Proc. No. 18-01040-DS

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 2
Date Rcvd: Jul 17, 2025      Form ID: pdf031      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Amarjit Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Gurpreet Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| dft | | Gurpreet Sahani as Trustee of The Green Acres Trus, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| wit | + | Jeffer Mangels Butler & Mitchell LLP, Attn: Neil Erickson, 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4301 |
| md | + | Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |
| dft | | Rajinder Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Shaheen Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D Grant | on behalf of Interested Party Courtesy NEF agrant@grantshenon.com aeichelberger@alpertbarr.com |
| Bradford Barnhardt | on behalf of Plaintiff Sandra McBeth (TR) bbarnhardt@marshackhays.com |

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 17, 2025 | Form ID: pdf031 | Total Noticed: 7 |

bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Chad V Haes

on behalf of Plaintiff Sandra McBeth (TR) chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com

Jacquelyn H Choi

on behalf of Interested Party Courtesy NEF jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jeremy Faith

on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

Kurt Ramlo

on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Lewis R Landau

on behalf of Defendant Shaheen Sahani Lew@Landaunet.com

Lewis R Landau

on behalf of Defendant Amarjit Sahani Lew@Landaunet.com

Lewis R Landau

on behalf of Defendant Gurpreet Sahani Lew@Landaunet.com

Lewis R Landau

on behalf of Interested Party Courtesy NEF Lew@Landaunet.com

Lewis R Landau

on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 Lew@Landaunet.com

Lewis R Landau

on behalf of Defendant Rajinder Sahani Lew@Landaunet.com

Najah J Shariff

on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Sandra McBeth (TR)

jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

Stephen E Hyam

on behalf of Defendant Amarjit Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam

on behalf of Defendant Shaheen Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam

on behalf of Defendant Gurpreet Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Stephen E Hyam

on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com

Stephen E Hyam

on behalf of Defendant Rajinder Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com

Thomas M Geher

on behalf of Witness Jeffer Mangels Butler & Mitchell LLP tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Timothy J Yoo

on behalf of Interested Party Courtesy NEF tjy@lnbyb.com

United States Trustee (ND)

ustpregion16.nd.ecf@usdoj.gov

TOTAL: 22

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff and Chapter 7 Trustee, SANDRA K. MCBETH | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 17 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,<br><br>Debtor(s) | CASE NO.: 9:17-bk-11363-DS<br>CHAPTER: 7<br>ADVERSARY NO: 9:18-ap-01040-DS<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** |
|---|---|
| SANDRA K. McBETH, Chapter 7 Trustee,<br><br>Plaintiff(s)<br><br>vs.<br><br>GURPREET SAHANI; GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI,<br><br>Defendant(s) | DATE:  May 1, 2025<br>TIME:  1:00 p.m.<br>COURTROOM:  201<br>ADDRESS:  1415 State Street, Santa Barbara, CA 93101 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference:   (*date*) October 14, 2025 (*time*) 1:00 p.m.
   b. ☒ A joint status report must be filed and served, including a judge's copy, by *(date)*: September 30, 2025
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____
   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014* | Page 1 | **F 7016-1.2.ORDER.STATUS.CONF**

f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: _____

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* <u>February 11, 2026</u>   *(time)* <u>1:00 p.m.</u>
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:
   - Hearing on Plaintiff's Motion for Summary Judgment and Status Conference continued to October 14, 2025, at 1:00 p.m.;
   - Deadline to file motions in limine is February 25, 2026;
   - The hearings on motions in limine are set on March 18, 2026, at 1:00 p.m.; and
   - Parties must comply with LBR 7016-1 with respect to the pre-trial and trial procedures.

###

Date: July 17, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*   Page 2   F 7016-1.2.ORDER.STATUS.CONF