1  CHAD V. HAES, #267221
   chaes@marshackhays.com
2  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, California 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Plaintiff and Chapter 7 Trustee,
   SANDRA K. McBETH
7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

10  In re                                    Case No. 9:17-bk-11363-DS

11  RAJYSAN, INC. dba MMD EQUIPMENT, a        Chapter 7
    California Corporation,
12                                            Adv. No. 9:18-ap-01040-DS
              Debtor.
13  _____          STIPULATION TO CONTINUE
                                              HEARING AND STATUS CONFERENCE
14  SANDRA K. McBETH, Chapter 7 Trustee,      AND PENDING LITIGATION
                                              DEADLINES
15              Plaintiff,

16  v.                                        **_Current_** Hearing and Status Conference
                                              Date:      October 14, 2025
17  GURPREET SAHANI; GURPREET SAHANI          Time:      1:00 p.m.
    AS TRUSTEE OF THE GREEN ACRES             Ctrm:      201
18  TRUST DATED MAY 10, 2017; RAJINDER        Location: 1415 State Street
    SAHANI; AMARJIT SAHANI; SHAHEEN                     Santa Barbara, CA 93101
19  SAHANI,

20              Defendants.                   **_Proposed_** Hearing and Status Conference
    _____          Date:      December 16, 2025
21                                            Time:      1:00 p.m.
                                              Ctrm:      201
22                                            Location: 1415 State Street
                                                        Santa Barbara, CA 93101
23

24

25  / / /

26  / / /

27  / / /

28  / / /

                                1

1 TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

2 THE DEFENDANTS, AND ALL INTERESTED PARTIES:

3    This Stipulation is entered into by and among Plaintiff, SANDRA K. MCBETH, in her

4 capacity as Chapter 7 Trustee ("Plaintiff") for the Bankruptcy Estate of Rajysan, Inc., dba MMD

5 Equipment, a California Corporation ("Debtor"), on one hand, and Defendants, Gurpreet Sahani as

6 Trustee of the Green Acres Trust dated May 10, 2017, Gurpreet Sahani, Rajinder Sahani, Amarjit

7 Sahani, and Shaheen Sahani ("Defendants"), on the other hand. Plaintiff and Defendants are

8 collectively referred to as the "Parties."

9                                    **Recitals**

10    A.    On July 29, 2017, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of

11 the United States Code.

12    B.    On August 31, 2017, as Bk. Dk.[1] No. 46, the United States Trustee ("UST") filed a

13 "Notice of Appointment and Appointment of Committee Members," creating an Official Committee

14 of Unsecured Creditors ("Committee").

15    C.    On August 6, 2018, the Committee filed a complaint for: (1) Avoidance, Recovery,

16 and Preservation of Preferential Transfers; (2) Avoidance, Recovery, and Preservation of

17 Intentional Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Constructive

18 Fraudulent Transfers; (4) Breach of Fiduciary Duty; (5) Conversion/Misappropriation; (6) Civil

19 Liability Under Penal Code § 496; (7) Unfair Business Practices (Business and Professions Code

20 § 17200); (8) Misappropriation of Trade Secrets; (9) Declaratory Relief; (10) Quiet Title; and

21 (11) Turnover against Defendants. The Complaint commenced Adversary Proceeding No. 9:18-ap-

22 01040-DS ("AP").

23    D.    On October 23, 2019, the Committee filed a third amended complaint.

24    E.    On February 14, 2022, as Bk. Dk. No. 666, the Court entered an "Order Granting

25 Chapter 11 Trustee's Motion for an Order Converting Chapter 11 Case to Chapter 7." Sandra K.

26 McBeth is the duly appointed and acting Chapter 7 Trustee of the Estate.

27 _____

28 [1] All references to "BK Docket" are to the docket in the Bankruptcy Case. All references to "AP Docket" are to the docket in the AP (defined below).

4905-5234-2612,V.1/1697-001.6

F.	Pursuant to an order of the Court, Trustee is the plaintiff and real party-in-interest in the AP. Dk. No. 271.

G.	On May 1, 2025, the Court held a hearing on the Trustee's Motion for Summary Judgment ("Hearing"). At the Hearing, the parties agreed that this matter should be assigned to mediation and the Hearing and Status Conference were continued to August 12, 2025, at 1:00 p.m. The Court also instructed the Trustee to lodge a proposed scheduling order.

H.	On July 2, 2025, as Dk. No. 532, the Parties filed a Request for Assignment to Mediation Program. On July 8, 2025, as Dk. No. 533, the Court granted the request and entered an Order Assigning Matter to Mediation Program.

I.	On July 17, 2025, as Dk. No. 537, the Court entered a "Status Conference and Scheduling Order Pursuant to LBR 7016-1(a)(4)," wherein the Court set the following dates and deadlines:

a.	The status conference is continued to October 14, 2025, at 1:00 p.m.;

b.	A joint status report must be filed and served, including a judge's copy, by September 30, 2025;

c.	A pretrial conference is set for February 11, 2026, at 1:00 p.m.;

d.	The hearing on Plaintiff's Motion for Summary Judgment and Status Conference is continued to October 14, 2025, at 1:00 p.m.;

e.	The deadline to file motions in limine is February 25, 2026;

f.	The hearings on motions in limine are set for March 18, 2026, at 1:00 p.m.; and

g.	The Parties must comply with LBR 7016-1 with respect to the pretrial and trial procedures.

J.	The mediation occurred on September 18, 2025, via Zoom. During mediation, the Trustee and the Defendants reached an agreement in principle to resolve all claims in this AP. The Parties have agreed to modify the above-referenced dates and deadlines as follows pending the finalization of a settlement agreement and the Trustee's motion to approve the settlement agreement pursuant to Federal Rule of Bankruptcy Procedure 9019.

3

The Parties agree and STIPULATE as follows:

1.      The Hearing and Status Conference currently set for October 14, 2025, at 1:00 p.m., shall be continued to December 16, 2025, at 1:00 p.m., or any other date convenient with this Court;

2.      No appearances shall be required at the Hearing and Status Conference on October 14, 2025, at 1:00 p.m.;

3.      The requirement for the Parties to file and serve a joint status report by September 30, 2025, shall be vacated;

4.      The pretrial conference currently set for February 11, 2026, at 1:00 p.m., shall be vacated, and a new date may be set upon Court order;

5.      The February 25, 2026, deadline to file motions in limine shall be vacated, and a new deadline may be set upon Court order;

6.      The March 18, 2026, date for hearings on motions in limine is vacated, and a new date may be set upon Court order; and

7.      This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

STIPULATION TO CONTINUE

4905-5234-2612,V.1/1697-001.6

DATED: September 30, 2025             MARSHACK HAYS WOOD LLP

By: */s/ Bradford N. Barnhardt*
       CHAD V. HAES
       BRADFORD N. BARNHARDT
       Attorneys for Plaintiff and Chapter 7 Trustee,
       SANDRA K. McBETH

DATED: September 30, 2025             HYAM LAW, APC

By:    _____
       STEPHEN E. HYAM
       Attorneys for Defendants,
       GURPREET SAHANI, GURPREET SAHANI
       AS TRUSTEE OF THE GREEN ACRES
       TRUST DATED MAY 10, 2017; RAJINDER
       SAHANI; AMARJIT SAHANI; SHAHEEN
       SAHANI

       - AND –

       LEWIS R. LANDAU
       Attorneys for Defendants,
       GURPREET SAHANI, GURPREET SAHANI
       AS TRUSTEE OF THE GREEN ACRES TRUST
       DATED MAY 10, 2017; RAJINDER SAHANI;
       AMARJIT SAHANI; SHAHEEN SAHANI

STIPULATION TO CONTINUE

4905-5234-2612,V.1/1697-001.6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION TO CONTINUE HEARING AND STATUS CONFERENCE AND PENDING LITIGATION DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 30, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **September 30, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed

**JUDGE'S COPIES:** JUDGE SALTZMAN DOES NOT FOLLOW THE JUDGE'S COPY REQUIREMENTS OF AMENDED GENERAL ORDER 20-12.  UNTIL FURTHER NOTICE, NO JUDGE'S COPY OF ANY DOCUMENT IS REQUIRED UNLESS A COPY IS REQUESTED BY CHAMBERS.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 30, 2025 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Bradford Barnhardt**
  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com,
  docketingsupport@rimonlaw.com
- **INTERESTED PARTY COURTESY NEF: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP: Thomas M Geher**
  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY GRANT SHENON, APLC fka ALPERT, BARR & GRANT: Adam D
  Grant**    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Chad V Haes**    chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST
  DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN
  SAHANI: Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST
  DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN
  SAHANI: Lewis R Landau**    Lew@Landaunet.com
- **TRUSTEE SANDRA MCBETH (TR): Sandra McBeth (TR)**    jwalker@mcbethlegal.com,
  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Najah J Shariff**    najah.shariff@usdoj.gov,
  caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **U.S. TRUSTEE: United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Timothy J Yoo**    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**