CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
SANDRA K. McBETH

**FILED & ENTERED**

**OCT 01 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California Corporation,<br><br>Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>Adv. No. 9:18-ap-01040-DS |
| SANDRA K. McBETH, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>GURPREET SAHANI; GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; SHAHEEN SAHANI,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING AND STATUS CONFERENCE AND PENDING LITIGATION DEADLINES** |

The court having reviewed and considered the "Stipulation to Continue Hearing and Status Conference and Pending Litigation Deadlines" (the "Stipulation," Docket No. 541), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved as follows:

1. The Hearing[1] and Status Conference currently set for October 14, 2025, at 1:00 p.m., is continued to December 16, 2025, at 1:00 p.m.

---

[1] Capitalized terms not defined herein are used as defined in the Stipulation.

1

4900-6833-7518,v.1/1697-001.6

2. No appearances are required at the Hearing and Status Conference on October 14, 2025, at 1:00 p.m.

3. The requirement for the Parties to file and serve a joint status report by September 30, 2025, is vacated.

4. The pretrial conference currently set for February 11, 2026, at 1:00 p.m., is vacated, and a new date may be set by court order.

5. The February 25, 2026, deadline to file motions in limine is vacated, and a new deadline may be set by court order.

6. The March 18, 2026, date for hearings on motions in limine is vacated, and a new date may be set by court order.

###

Date: October 1, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

2