UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re
RAJYSAN, INC. dba MMD EQUIPMENT, a California corporation,

        Debtor(s).

SANDRA K. McBETH, Chapter 7 Trustee,

        Plaintiff(s)/ Movant(s),

        v.

GURPREET SAHANI, et al.,

        Defendant(s)/Respondent(s).

Case No.    9:17-bk-11363-DS

[Chapter   7  ]

Adv. No.  9:18-ap-01040DS

MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE

1.    I was assigned to mediate this matter by order of this Court dated 07/08/25 as the:

    (a) Mediator    ✓

    (b) Alternate Mediator  _____

    (c) Successor Mediator  _____

    (d) Successor Alternate Mediator  _____

2.    I hereby certify that, to the best of my information and belief, the mediation assignment:

Form 706                                                                                           Revised 03/22

      (a)  Settled   ✓  ;

      (b)  Did NOT settle     .

3.    If the matter SETTLED:

      (a)  Did the matter settle prior to the mediation conference without a mediation conference being held?   No

      (b)  If you conducted a mediation conference that settled, on what date(s) did the conference occur?   9/18/25 & follow-up communications til 10/10/25

      (c)  If you conducted a mediation conference that settled, who did you designate to prepare the settlement documentation?   Trustee's counsel

4.    If the matter DID NOT settle:

      (a)  Was the matter dismissed by the Court prior to the mediation conference?   N/A

      (b)  Did you conduct a mediation conference?   N/A

      (c)  If you conducted a mediation conference, on what date(s) did the conference occur?   N/A

DATED:   10/10/25

Leonard L. Gumport
(Name of Mediator)

*[signature: L Gumport]*
(Signature of Mediator)

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, California 90012
     Mediation_Program@cacb.uscourts.gov

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 201 S. Lake Avenue, Suite 505, Pasadena, CA 91101

A true and correct copy of the foregoing document described as: **NOTICE OF MEDIATOR'S OR ALTERNATE MEDIATOR'S UNAVAILABILITY TO SERVE IN MEDIATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(S) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 14, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

   X   Service information continued on attached page

**II.  SERVED BY U.S. FIRST CLASS MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **October 14, 2025,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   X   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 14, 2025,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows:.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    X   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 14, 2025** | **KAYLA FLEMING** | _/s/ Kayla Fleming_ |
|---|---|---|
| Date | Type name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Jacquelyn H Choi**   jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Jeremy Faith**   Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Adam D Grant**   agrant@grantshenon.com, aeichelberger@alpertbarr.com
- **Chad V Haes**   chaes@marshackhays.com, chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com
- **Stephen E Hyam**   stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **Lewis R Landau**   Lew@Landaunet.com
- **Sandra McBeth (TR)**   jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Najah J Shariff**   najah.shariff@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**   TJY@LNBYG.COM

**VIA EMAIL**

ann_sokolowski@cacb.uscourts.gov