1  CHAD V. HAES, #267221
   chaes@marshackhays.com
2  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
3  MARSHACK HAYS WOOD LLP
   870 Roosevelt
4  Irvine, CA 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Plaintiff and Chapter 7 Trustee,
   SANDRA K. MCBETH
7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

10

11 | In re                                    | Case No. 9:17-bk-11363-DS

12 | RAJYSAN, INC. dba MMD EQUIPMENT, a        | Chapter 7
     California corporation,
13 |                                           | Adv. No. 9:18-ap-01040-DS
                       Debtor.
14 | _____ | STIPULATION FOR DISMISSAL OF
                                                ADVERSARY PROCEEDING
15 | SANDRA K. McBETH, Chapter 7 Trustee,
                                              | [NO HEARING REQUIRED]
16 |              Plaintiff,
17 | v.
18 | GURPREET SAHANI; GURPREET SAHANI AS
     TRUSTEE OF THE GREEN ACRES TRUST
19 | DATED MAY 10, 2017; RAJINDER SAHANI;
     AMARJIT SAHANI; SHAHEEN SAHANI,
20 |              Defendants.
21
22

23 TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE,

24 THE DEFENDANTS, AND ALL INTERESTED PARTIES:

25     This stipulation ("Stipulation") is entered into by and among Sandra K. McBeth ("Trustee"),

26 in her capacity as the Chapter 7 Trustee of the Bankruptcy Estate of Rajysan, Inc., dba MMD

27 Equipment, a California Corporation ("Debtor"), and Defendants Gurpreet Sahani, Gurpreet Sahani

28 as Trustee of The Green Acres Trust Dated May 10, 2017, Rajinder Sahani, Amarjit Sahani, and

                                      1

Shaheen Sahani (collectively, the "Sahanis"). The Trustee and the Sahanis are collectively referred to as the "Parties."

## Recitals

A.      On July 29, 2017, Debtor filed a voluntary Chapter 11 petition, commencing *In re Rajysan, Inc., dba MMD Equipment*, Case No. 9:17-bk-11363 ("Bankruptcy Case").

B.      On August 31, 2017, at Bankruptcy Case Docket[1] No. 46, the United States Trustee filed a "Notice of Appointment and Appointment of Committee Members," creating an Official Committee of Unsecured Creditors ("Committee").

C.      On August 6, 2018, the Committee filed a Complaint for: (1) Avoidance, Recovery, and Preservation of Preferential Transfers; (2) Avoidance, Recovery, and Preservation of Intentional Fraudulent Transfers; (3) Avoidance, Recovery, and Preservation of Constructive Fraudulent Transfers; (4) Breach of Fiduciary Duty; (5) Conversion/Misappropriation; (6) Civil Liability Under Penal Code § 496; (7) Unfair Business Practices (Business and Professions Code § 17200); (8) Misappropriation of Trade Secrets; (9) Declaratory Relief; (10) Quiet Title; and (11) Turnover, against the Sahanis, initiating Adversary Proceeding No. 9:18-ap-01040-DS ("AP").

D.      On October 23, 2019, at AP Docket No. 96, the Committee filed a third amended complaint against the Sahanis. *See also* AP Docket No. 170 (third amended complaint with redacted personal identifiers).

E.      On May 13, 2020, at AP Docket No. 158, the Sahanis filed an answer to the third amended complaint.

F.      On May 14, 2019, at Bankruptcy Case Docket No. 410, the Court entered an order approving the appointment of Sandra K. McBeth as the Chapter 11 trustee.

G.      On February 14, 2022, at Bankruptcy Case Docket No. 666, the Court entered an "Order Granting Chapter 11 Trustee's Motion for an Order Converting Chapter 11 Case to Chapter 7."

H.      Sandra K. McBeth is the duly appointed and acting Chapter 7 Trustee of the Estate.

---

[1] All references to the "Bankruptcy Case Docket" are to the docket in the Bankruptcy Case. All references to the "AP Docket" are to the docket in the AP (defined in ¶ C of this Stipulation).

STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING
4904-1215-7012,v.1/1697-001.5

1  I.  Pursuant to an order of the Court, the Trustee is the plaintiff and real party-in-interest
2  in the AP. AP Docket No. 271.

3  J.  On October 28, 2025, the Trustee filed a "Motion to Approve Compromise with
4  Sahani Parties" ("Compromise Motion"). Bankruptcy Case Docket No. 774.

5  K.  In the "Settlement Agreement" attached to the Compromise Motion as Exhibit 1
6  ("Settlement Agreement"), the Trustee and the Sahanis agreed as follows: "Within 14 calendar days
7  after the later of Trustee's receipt of the Payment and entry of a final Court order approving this
8  Agreement, the Trustee and the Sahanis shall promptly execute a Stipulation of Dismissal of the
9  Sahani AP pursuant to Fed. R. Civ. P. 41, which the Trustee shall immediately file, which shall
10  cause the Sahani AP to be dismissed with prejudice, with each Party to bear its own attorneys' fees
11  and costs of suit." Bankruptcy Case Docket No. 774 at 43.

12  L.  On November 20, 2025, at Bankruptcy Case Docket No. 784, the Court entered an
13  "Order Granting Trustee's Motion to Approve Compromise with Sahani Parties" ("Compromise
14  Order"), which, *inter alia*, approved the Settlement Agreement.

15  M.  The Compromise Order is final and no longer subject to appeal, and the Trustee has
16  received the full amount of the settlement payment required by the Settlement Agreement. All
17  prerequisites to dismissal of this AP by the Trustee are accordingly satisfied.

18  Based on the foregoing, the Parties agree and STIPULATE as follows:
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING
4904-1215-7012,v.1/1697-001.5

1.    Pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this AP by Federal Rule of Bankruptcy Procedure 7041, all claims asserted by the Trustee in this AP are hereby dismissed with prejudice; and

2.    This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.


DATED: February 12, 2026         MARSHACK HAYS WOOD LLP

By: */s/ Bradford N. Barnhardt*
      CHAD V. HAES
      BRADFORD N. BARNHARDT
      Attorneys for Plaintiff and Chapter 7 Trustee,
      SANDRA K. McBETH


DATED: February 12, 2026         HYAM LAW, APC

By: _____
      STEPHEN E. HYAM
      Attorneys for Defendants,
      GURPREET SAHANI, GURPREET SAHANI
      AS TRUSTEE OF THE GREEN ACRES
      TRUST DATED MAY 10, 2017; RAJINDER
      SAHANI; AMARJIT SAHANI; SHAHEEN
      SAHANI

      - AND –

      LEWIS R. LANDAU
      Attorneys for Defendants,
      GURPREET SAHANI, GURPREET SAHANI
      AS TRUSTEE OF THE GREEN ACRES
      TRUST DATED MAY 10, 2017; RAJINDER
      SAHANI; AMARJIT SAHANI; SHAHEEN
      SAHANI

STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING
4904-1215-7012,v.1/1697-001.5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **February 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

**JUDGE'S COPIES:** JUDGE SALTZMAN DOES NOT FOLLOW THE JUDGE'S COPY REQUIREMENTS OF AMENDED GENERAL ORDER 20-12.  UNTIL FURTHER NOTICE, NO JUDGE'S COPY OF ANY DOCUMENT IS REQUIRED UNLESS A COPY IS REQUESTED BY CHAMBERS.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2026 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Bradford Barnhardt**
  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com,
  docketingsupport@rimonlaw.com
- **INTERESTED PARTY COURTESY NEF: Jeremy Faith**    Jeremy@MarguliesFaithlaw.com,
  Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com
- **ATTORNEY FOR WITNESS JEFFER MANGELS BUTLER & MITCHELL LLP: Thomas M Geher**
  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **ATTORNEY FOR INTERESTED PARTY GRANT SHENON, APLC fka ALPERT, BARR & GRANT: Adam D
  Grant**    agrant@alpertbarr.com, aeichelberger@alpertbarr.com
- **INTERESTED PARTY:** Leonard L Gumport    lgumport@gumportlaw.net
- **ATTORNEY FOR PLAINTIFF TRUSTEE SANDRA MCBETH (TR): Chad V Haes**    chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdri
  ve.com
- **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST
  DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN
  SAHANI: Stephen E Hyam**    stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com
- **ATTORNEY FOR DEFENDANTS GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST
  DATED MAY 10, 2017; AMARJIT SAHANI; GURPREET SAHANI; RAJINDER SAHANI; and SHAHEEN
  SAHANI: Lewis R Landau**    Lew@Landaunet.com
- **TRUSTEE SANDRA MCBETH (TR): Sandra McBeth (TR)**    jwalker@mcbethlegal.com,
  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **INTERESTED PARTY COURTESY NEF: Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **INTERESTED PARTY COURTESY NEF: Najah J Shariff**    najah.shariff@usdoj.gov,
  caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **U.S. TRUSTEE: United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **INTERESTED PARTY COURTESY NEF: Timothy J Yoo**    tjy@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**