United States Bankruptcy Court
Central District of California

McBeth (TR),
    Plaintiff

Sahani,
    Defendant

Adv. Proc. No. 18-01040-DS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf031 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Amarjit Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Gurpreet Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| dft | | Gurpreet Sahani as Trustee of The Green Acres Trus, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |
| wit | + | Jeffer Mangels Butler & Mitchell LLP, Attn: Neil Erickson, 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4301 |
| md | + | Leonard L Gumport, Gumport Law Firm, PC, 225 S. Lake Avenue, Suite 300, Pasadena, CA 91101-3009 |
| dft | | Rajinder Sahani, 5352 Tampa Avenue, Tarzana, CA 91356-3023 |
| dft | | Shaheen Sahani, 3825 Gleneagles Drive, Tarzana, CA 91356-5624 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Adam D Grant
     on behalf of Interested Party Courtesy NEF agrant@grantshenon.com aeichelberger@alpertbarr.com

Bradford Barnhardt

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf031 | Total Noticed: 7 |

| | |
|---|---|
| | on behalf of Plaintiff Sandra McBeth (TR) bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com,ldinkins@marshackhays.com |
| Chad V Haes | on behalf of Plaintiff Sandra McBeth (TR) chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com;spineda@marshackhays.com;ldinkins@marshackhays.com |
| Jacquelyn H Choi | on behalf of Interested Party Courtesy NEF jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com |
| Jeremy Faith | on behalf of Interested Party Courtesy NEF Jeremy@MarguliesFaithlaw.com Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com |
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email |
| Leonard L Gumport | lgumport@gumportlaw.net |
| Lewis R Landau | on behalf of Defendant Shaheen Sahani Lew@Landaunet.com |
| Lewis R Landau | on behalf of Defendant Amarjit Sahani Lew@Landaunet.com |
| Lewis R Landau | on behalf of Defendant Gurpreet Sahani Lew@Landaunet.com |
| Lewis R Landau | on behalf of Interested Party Courtesy NEF Lew@Landaunet.com |
| Lewis R Landau | on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 Lew@Landaunet.com |
| Lewis R Landau | on behalf of Defendant Rajinder Sahani Lew@Landaunet.com |
| Najah J Shariff | on behalf of Interested Party Courtesy NEF najah.shariff@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Sandra McBeth (TR) | jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com |
| Stephen E Hyam | on behalf of Defendant Amarjit Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com |
| Stephen E Hyam | on behalf of Defendant Shaheen Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com |
| Stephen E Hyam | on behalf of Defendant Gurpreet Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com |
| Stephen E Hyam | on behalf of Defendant Gurpreet Sahani as Trustee of The Green Acres Trust Dated May 10 2017 stephen@stephenhyam.net, arvin.setaghaian@offitkurman.com |
| Stephen E Hyam | on behalf of Defendant Rajinder Sahani stephen@stephenhyam.net arvin.setaghaian@offitkurman.com |
| Thomas M Geher | on behalf of Witness Jeffer Mangels Butler & Mitchell LLP tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com |
| Timothy J Yoo | on behalf of Interested Party Courtesy NEF TJY@LNBYG.COM |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 23

CHAD V. HAES, #267221
chaes@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
SANDRA K. McBETH

**FILED & ENTERED**

FEB 17 2026

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>RAJYSAN, INC. dba MMD EQUIPMENT, a California Corporation,<br><br>    Debtor. | Case No. 9:17-bk-11363-DS<br><br>Chapter 7<br><br>Adv. No. 9:18-ap-01040-DS |
| SANDRA K. McBETH,<br><br>    Plaintiff,<br><br>vs.<br><br>GURPREET SAHANI; GURPREET SAHANI AS TRUSTEE OF THE GREEN ACRES TRUST DATED MAY 10, 2017; RAJINDER SAHANI; AMARJIT SAHANI; and SHAHEEN SAHANI,<br><br>    Defendants. | **ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

4929-2400-4462,v.1/1697-001.5

The court having reviewed and considered the "Stipulation for Dismissal of Adversary Proceeding" (the "Stipulation," Docket No. 550), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved. This proceeding is dismissed with prejudice on the terms set forth in the Stipulation.

###

Date: February 17, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

2

4929-2400-4462,v.1/1697-001.5